13827

WATSON *ET AL.* v. WATSON *ET AL.*
TERRELL *ET AL.* v. WATSON

(174 S. E., 33)

Before DENNIS, J., Chesterfield, December, 1929, and May, 1931.

*Messrs. Samuel Want* and *Melvin Hyman,* for appellants,

*Messrs. W. F. Stevenson* and *L. C. Wannamaker,* for respondent,

April 10, 1934.

The opinion of the Court was delivered by MR. JUSTICE STABLER.

We think the questions raised in these two suits were properly disposed of by the Master; and his excellent report, affirmed by the Circuit Judge, is made the opinion of this Court.

The order appealed from is affirmed.

MR. CHIEF JUSTICE BLEASE, and MESSRS. JUSTICES CARTER and BONHAM, and MR. ACTING ASSOCIATE JUSTICE W. C. COTHRAN concur.